# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08-05018-01-CR-SW-GAF |
| | ) |
| STEVEN DOUGLAS PETERSON, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

Before the Court is the plaintiff's Motion for Final Order of Forfeiture. On January 16, 2009, this Court entered a Preliminary Order of Forfeiture, which ordered defendant Steven Douglas Peterson to forfeit, pursuant to 21 U.S.C. § 853, all his right, title, and interest in $3,500.00 in United States currency which represents proceeds of illegal narcotics distribution, and a Rhom .22 caliber revolver, serial number 54249.

The United States caused to be published on the Internet site *www.forfeiture.gov*, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

No timely claim has been filed. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Therefore, it is hereby

ORDERED that plaintiff's Motion for Final Order of Forfeiture is granted;

ORDERED that the $3,500 in United States currency and the Rhom .22 caliber revolver, serial number 54249, are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(n);

ORDERED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Attention: Cynthia J. Hyde, Assistant U.S. Attorney, 901 St. Louis, Suite 500, Springfield, MO 65806-2511.

**IT IS SO ORDERED.**

                                            s/ Gary A. Fenner
                                            Gary A. Fenner, Judge
                                            United States District Court

DATED: April 7, 2009

2

Case 3:08-cr-05018-GAF   Document 35   Filed 04/07/09   Page 2 of 2